E-filed 2/9/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO M. HEREDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANA BOYD,<br><br>    Defendant. | Case No. 16-cv-04031-HRL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Pro se plaintiff in the above-entitled matter failed to oppose defendants' motion to dismiss his complaint, failed to file an amended complaint by the deadline ordered by the court, and failed to submit a Case Management Conference statement. As a result, the court hereby vacates the Case Management Conference scheduled for February 14, 2017, and issues this order to show cause why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held February 21, 2017, at 10:00 AM, in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, CA. **If plaintiff fails to appear, the case will be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: 2/8/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge